# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):** **Professional Land Development, LLC** | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **06-1707762** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **2305 Morrison Ave.** **Tampa, Fl** ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **HILLSBOROUGH** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **Pasco County, FL** ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Professional Land Development, LLC, a Florida limited liability cormpany** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X_____
                                                              Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Professional Land Development, LLC, a Florida limited liability cormpany**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  /s/ Malka Isaak

**Malka Isaak**                 Bar No. **200026**

**Debt Relief Law Offices ofTampa Bay, LLC**
**6014 US Hwy 19, Suite 305**
**New Port Richey, FL  34652**

Phone No. **(727) 967-4847**     Fax No. **(727) 846-7687**

02/05/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Professional Land Development, LLC**

X  /s/ Gregory D. Bennett
Signature of Authorized Individual

**Gregory D. Bennett**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**02/05/2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B6D (Official Form 6D) (12/07)

02/05/2010 12:38:28pm

In re **Professional Land Development, LLC, a Florida limited liability cormpany**   Case No. _____ (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Bank of America**<br>**P.O. Box 15719**<br>**Wilmington, DE 19886** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Non-Homestead**<br>REMARKS:<br><br>VALUE: $0.00 | | | X | $17,500,000.00 | $17,500,000.00 |
| ACCT #:<br>**Belle Verde Golf Community/Oppenheim**<br>**c/o District Management Svs**<br>**2002 N. Lois Ave., Ste. 507**<br>**Tampa, FL 33607** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Homestead**<br>COLLATERAL:<br>**approximately 782 acres**<br>REMARKS:<br><br>VALUE: $0.00 | | | X | $10,600,000.00 | $10,600,000.00 |
| ACCT #:<br>**Heidt & Associates, Inc.**<br>**1602 N. 15th St.**<br>**Tampa, FL 33605** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Homestead**<br>COLLATERAL:<br>**approximately 782 acres**<br>REMARKS:<br><br>VALUE: $0.00 | | | | $9,613.00 | $9,613.00 |
| ACCT #:<br>**Pasco County Tax Collector**<br>**P.O. Box 276**<br>**Dade City, FL 33526** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Homestead**<br>COLLATERAL:<br>**approximately 782 acres**<br>REMARKS:<br>**Taxes for 2009, 2008 and 2007**<br><br>VALUE: $0.00 | | | X | $733,789.00 | $733,789.00 |
| | | Subtotal (Total of this Page) > | | | | $28,843,402.00 | $28,843,402.00 |
| | | Total (Use only on last page) > | | | | $28,843,402.00 | $28,843,402.00 |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Professional Land Development, LLC, a Florida limited liability cormpany**   Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Belle Verde Golf CDD**<br>**2002 N. Lois Ave. ste. 305**<br>**Tampa, FL 33607** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $174,883.00 |
| ACCT #:<br>**Bricklemeyer, Smolker & Bolves, PA**<br>**500 E. Kennedy, Ste. 200**<br>**Tampa, FL 33602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $25,000.00 |
| ACCT #:<br>**Farella, Braun & Martel**<br>**235 Montgomery St.**<br>**San Francisco, CA 94104** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $13,564.00 |
| ACCT #:<br>**Ferguson Waterworks**<br>**7816 Professional Place**<br>**Tampa, FL 33634** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $30,000.00 |
| ACCT #:<br>**Grace Rocco**<br>**3125 West Fifth St.**<br>**Santa Ana, CA** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $2,227,600.00 |
| ACCT #:<br>**Hyde Park Accounts**<br>**2305 West Morrison Ave.**<br>**Tampa, FL 33629** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $25,240.00 |

Subtotal > $2,496,287.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

_____**2**_____ continuation sheets attached

In re **Professional Land Development, LLC, a Florida limited liability cormpany**   Case No. _____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**IRS**<br>**3848 West Columbus Dr.**<br>**Tampa, FL 33607** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS:<br>**Income taxes for 2004, 2005 and 2006** | | | X | $1,545,000.00 |
| ACCT #:<br>**Janet Bennett**<br>**2129 East Ocean Blvd.**<br>**Balboa, CA** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $106,000.00 |
| ACCT #:<br>**John R. Daries, CPA**<br>**11762 Augusta Dr.**<br>**Salinas, CA 93906** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $307.00 |
| ACCT #:<br>**Johnson, Pope, Bokor,**<br>**Ruppel & Burns, LLP**<br>**P.O. Box 1100**<br>**Tampa, FL 33601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $8,762.00 |
| ACCT #:<br>**Sandy Solomon**<br>**1881 West Kennedy Blvd.**<br>**Tampa, FL 33606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | X | $70,000.00 |
| ACCT #:<br>**Stearns Weaver**<br>**150 West Flagler St., #2200**<br>**Miami, FL 33130** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $27,000.00 |

Sheet no. ____1____ of ____2____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $1,757,069.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Professional Land Development, LLC, a Florida limited liability cormpany**

Case No. _____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Stearns, Weaver, Miller, Weissler, Alhadeff**<br>150 W. Flagler St. #2200<br>Miami, FL 33130 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**PIC** | X | | | $30,000.00 |
| ACCT #:<br>**Tea Esser**<br>5313 Idaho St.<br>Tampa, FL | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $28,000.00 |
| ACCT #:<br>**Thamir Kaddouri**<br>3214 W. Cypress Ave.<br>Tampa, FL 33607 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $20,000.00 |
| ACCT #:<br>**William Bennett**<br>18891 Green Willow Ct.<br>Santa Ana, CA 92705 | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $918,267.00 |
| ACCT #:<br>**Wilson Miller Inc.**<br>P.O. Box 409756<br>Atlanta, GA 30384 | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $250,000.00 |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $1,246,267.00

Total > $5,499,623.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE: **Professional Land Development, LLC, a Florida limited liability cormpany**

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bank of America<br>P.O. Box 15719<br>Wilmington, DE 19886 | | Purchase Money | Disputed | **$17,500,000.00**<br>**Value: $0.00** |
| Belle Verde Golf Community/Oppenheimer<br>c/o District Management Svs<br>2002 N. Lois Ave., Ste. 507<br>Tampa, FL 33607 | | Non-Homestead | Disputed | **$10,600,000.00**<br>**Value: $0.00** |
| Grace Rocco<br>3125 West Fifth St.<br>Santa Ana, CA | | Loan | | **$2,227,600.00** |
| IRS<br>3848 West Columbus Dr.<br>Tampa, FL 33607 | | Taxes | Disputed | **$1,545,000.00** |
| William Bennett<br>18891 Green Willow Ct.<br>Santa Ana, CA 92705 | | Loan | | **$918,267.00** |
| Pasco County Tax Collector<br>P.O. Box 276<br>Dade City, FL 33526 | | Non-Homestead | Disputed | **$733,789.00**<br>**Value: $0.00** |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: **Professional Land Development, LLC, a Florida limited liability cormpany**

Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Wilson Miller Inc. P.O. Box 409756 Atlanta, GA 30384 | | Services | *Disputed* | **$250,000.00** |
| Belle Verde Golf CDD 2002 N. Lois Ave. ste. 305 Tampa,FL 33607 | | Services | *Disputed* | **$174,883.00** |
| Janet Bennett 2129 East Ocean Blvd. Balboa, CA | | Loan | | **$106,000.00** |
| Sandy Solomon 1881 West Kennedy Blvd. Tampa,FL 33606 | | Judgment | *Disputed* | **$70,000.00** |
| Stearns, Weaver, Miller, Weissler, Alhadeff 150 W. Flagler St. #2200 Miami, FL 33130 | | Services | *Contingent* | **$30,000.00** |
| Ferguson Waterworks 7816 Professional Place Tampa, FL 33634 | | Services | | **$30,000.00** |
| Tea Esser 5313 Idaho St. Tampa, FL | | Loan | | **$28,000.00** |

IN RE: **Professional Land Development, LLC, a Florida limited liability cormpany**　　　Case No.

　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Stearns Weaver<br>150 West Flagler St., #2200<br>Miami, FL 33130 | | Services | | $27,000.00 |
| Hyde Park Accounts<br>2305 West Morrison Ave.<br>Tampa, FL 33629 | | Services | | $25,240.00 |
| Bricklemeyer, Smolker & Bolves, PA<br>500 E. Kennedy, Ste. 200<br>Tampa, FL 33602 | | Services | Disputed | $25,000.00 |
| Thamir Kaddouri<br>3214 W. Cypress Ave.<br>Tampa, FL 33607 | | Services | | $20,000.00 |
| Farella, Braun & Martel<br>235 Montgomery St.<br>San Francisco, CA 94104 | | Services | Disputed | $13,564.00 |
| Heidt & Associates, Inc.<br>1602 N. 15th St.<br>Tampa, FL 33605 | | Non-Homestead | | $9,613.00<br>**Value: $0.00** |
| Johnson, Pope, Bokor, Ruppel & Burns, LLP<br>P.O. Box 1100<br>Tampa, FL 33601 | | Services | Disputed | $8,762.00 |

B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: **Professional Land Development, LLC, a Florida limited liability cormpany**

Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **02/05/2010**

Signature: **/s/ Gregory D. Bennett**
*Gregory D. Bennett*
**Managing Member**