UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:
PROFESSIONAL LAND DEVELOPMENT, LLC     CASE NO. 10-02569

Debtor.     CHAPTER 11
_____/

## DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY MALKA ISAAK, ESQ.

DEBTOR, PROFESSIONAL LAND DEVELOPMENT, LLC, a Florida limited liability company, by and through its undersigned attorney, hereby files its Application for Authority to Employ Malka Issak, Esq., and says:

### PROCEDURAL AND FACTUAL BACKGROUND

1. The Debtor filed its Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code ("Code") on February 5, 2010.

2. Debtor is in the business of investments/land development. Pursuant to 11 U.S.C., Sections 1107 and 1108, the Debtor is operating its business as a Debtor-in-Possession.

3. An Official Committee of Unsecured Creditors (A Committee) has not been appointed as of the filing of this Application.

4. The Debtor seeks authority to employ Malka Isaak, Esq.

5. Malka Isaak, Esq., is duly admitted to practice in this Court.

6. The Debtor has selected Malka Isaak, Esq., for the reason that she has considerable experience in bankruptcy related matters and believes that Malka Isaak, Esq. is well qualified to represent the Debtor in this proceeding.

7. The professional services Malka Isaak, Esq., will render are as follows:

   a. To give the Debtor legal advice with respect to its duties and powers as Debtor;

   b. To take necessary steps to set aside preferential transfers;

   c. To prepare on behalf of the Debtor the necessary motions, notices, pleadings, petitions, answers, orders, reports and other legal papers required in this Chapter 11 case;

   d. To assist the Debtor in taking all legally appropriate steps to effectuate the continued operations of the Debtor.

   e. To perform all other legal services for the Debtor which may be necessary herein.

8. To the best of the Debtor's knowledge, Malka Isaak, Esq., has no connection with the Debtor, any creditor or any other party in interest or their respective attorneys.

9. Movant desires to employ Malka Isaak, Esq., under a general retainer because of the extensive legal services rendered.

10. Malka Isaak, Esq., represents no interest adverse to the Debtor or to the estate in the matter upon which it is to be engaged by the Debtor and its employment would be in the best interest of the estate. As disclosed in the Affidavit of Proposed Attorney, which is incorporated herein by reference, Malka Isaak, Esq. was paid by a third party a $50,000.00 pre-petition retainer. In addition to retainer, the Debtor has also agreed to pay a reasonable attorney's fee which shall be subject to approval by this Honorable Court. The Debtor paid the Court filing fee of $1039.00.

11. No receiver has been appointed herein and no committee of creditors has been appointed or designated herein.

PROFESSIONAL LAND DEVELOPMENT, LLC

BY: _____  DATE: 2/5/10
GREGORY D. BENNETT
MANAGING PARTNER


I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail, CM/ECF to the U.S. Trustee, 501 E. Polk Street, #1200, Tampa, FL 33602, Assistant U.S. Trustee, 501 E. Polk Street, #1200, Tampa, FL 33602, and Professional Land Development, LLC, 2305 Morrison Ave., Tampa, FL on this the 5 day of February, 2010.

/s/MALKA ISAAK, ESQ.

MALKA ISAAK, ESQ., FBN 200026
6014 US HIGHWAY 19, STE. 305
NEW PORT RICHEY, FL 34652
Tel (727)849-3328    Fax (727)846-7687