# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:                                                    Case No. 8:10-bk-02569-CPM

PROFESSIONAL LAND                                         Chapter 11
DEVELOPMENT, LLC,

        Debtor.
_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Stephen P. Drobny, Esq., of the firm of Shutts & Bowen LLP, files this Notice of Appearance as counsel of record in this proceeding for Bank of America, N.A. ("BOA").

Pursuant to 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further requests that the Clerk add him to the matrix in this case.

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of BOA, nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity

jurisdiction of this Court, (ii) an acknowledgment that any specific adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or consent to the entry by this Court of a final judgment in any non-core adversary proceeding or contested matter; or (iv) a waiver of any right to jury trial which may exist in favor of BOA, in any proceeding that has been or will be instituted during the course of the case.

Dated: February 5, 2010

Respectfully Submitted,

SHUTTS & BOWEN LLP
Attorneys for *Bank of America, N.A.*.
201 S. Biscayne Blvd., Suite 1500
Miami, Florida 33131
Email: sdrobny@shutts.com
(305) 358-6300
(305) 415-9873 facsimile


By: */s/ Stephen P. Drobny*
Stephen P. Drobny
Florida Bar No. 55732


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below via ECF or first class U.S. Mail on this 5th day of February, 2010.

| | |
|---|---|
| Malka Isaak<br>Law Office of Malka Isaak<br>6014 US Highway 19, Suite 305<br>New Port Richey, FL 34652 | Ziona Kopelovich<br>Law Offices of Debt Relief<br>Tampa Bay LLC<br>6014 US Highway 19 Ste. 305<br>New Port Richey, FL 34652 |
| U.S. Trustee<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602 | |

*/s/ Stephen P. Drobny*
Stephen P. Drobny